[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 12 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16147
Non-Argument Calendar

_____

D.C. Docket No. 05-00200-CR-ORL-19KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENNIS LEE JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(June 12, 2007)**

Before BLACK, MARCUS and WILSON, Circuit Judges

PER CURIAM:

Charles L. Handlin, appointed counsel for Dennis Lee Jones in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.